## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 375 EAL 2019
:
           Respondent :
             : Petition for Allowance of Appeal
             : from the Order of the Superior Court
      v. :
:
:
RONALD ALSTON, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.